# EXHIBIT F

6.1

*** PROVISIONALLY IMPOUNDED ***
(FILED PURSUANT TO UNIFORM RULES ON IMPOUNDMENT RULE 2)

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT OF MASSACHUSETTS

BRISTOL, ss.

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO.: 2673CV00692

BRISTOL SUPERIOR COURT
FILED

AUG - 6 2026

JENNIFER A. SULLIVAN, ESQ
CLERK/MAGISTRATE

JOHN DOE,
Plaintiff,

v.

CUMBERLAND FARMS, INC.,
Defendant.

## PLAINTIFF'S EMERGENCY MOTION FOR IMPOUNDMENT AND REMOTE HEARING ACCOMMODATIONS

Now comes the Plaintiff in the above-captioned matter and respectfully moves this Honorable Court, pursuant to Rule 2 and Rule 7 of the Uniform Rules on Impoundment Procedure (URIP), for an Emergency Order:

- Impounding Plaintiff's personal identifying information—including residential address, phone number, personal email address, specific identifying details, and all raw video or audio recordings containing Plaintiff's visual image, voice, or private location details—restricting access solely to necessary court personnel and ordering the Defendant to maintain strict confidentiality;
- Permitting Plaintiff to prosecute this action under a legal pseudonym (e.g., "John Doe") or with redacted personal identifying information on public dockets; and
- Granting Accommodations for virtual or remote judicial proceedings, including obscuring or disabling Plaintiff's visual video feed to the public and public gallery during virtual hearings.

8/6/26 – the motion is provisionally allowed pending further hearing. (McGuire, J) (ORF/Aen)

In support of this Motion, Plaintiff states that good cause exists under URIP Rule 7 because Plaintiff has initiated this action seeking emergency equitable relief regarding persistent harassment and targeted actions. Public exposure of Plaintiff's residential address, identity, and raw video recordings showing Plaintiff's visual appearance and private surroundings heightens the risk of intensified targeting and safety threats. Because Plaintiff lacks the software and technical resources to obscure or blur visual features within media files, complete impoundment of all video evidence exhibits is necessary to prevent public dissemination while preserving the evidence for judicial review.

Plaintiff does not seek to seal the underlying legal claims or allegations against the Defendant, but strictly seeks to safeguard personal identifying information and visual identity to prevent escalation or physical harm. Furthermore, because public virtual proceedings permit public streaming or viewing, displaying Plaintiff's visual image creates an unnecessary risk of continued recognition, targeting, or retaliation outside the courtroom.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

A. Order that Plaintiff's residential address and personal identifying details be impounded and redacted from all public court dockets and files;

B. Order that all video, audio, or digital media exhibits attached to or submitted in support of Plaintiff's pleadings—including Exhibit A—be impounded in their entirety and stored under seal by the Clerk of Court, accessible only to the Court and authorized parties.

C. Authorize Plaintiff to litigate under a legal pseudonym (e.g., "John Doe") or using redacted identifying information on public filings;

D. Order that during any virtual, remote, or televised proceedings, Plaintiff's camera video feed be restricted from public viewing or that Plaintiff be permitted to participate audio-only; and

E. Grant such other relief as the Court deems necessary to ensure Plaintiff's safety and privacy.

Respectfully submitted,

Dated: August 6, 2026

/s/ John Doe

John Doe

[Address Impounded / Subject to Pending Emergency Motion]
[Phone Number Impounded]
[Email Impounded]

CERTIFICATE OF SERVICE

I, John Doe, hereby certify that on August 6, 2026, a true and accurate copy of the foregoing Plaintiff's Emergency Motion for Impoundment and Remote Accommodations, together with the Affidavit in Support thereof, was delivered to a Deputy Sheriff / Authorized Constable for formal service of process upon the Defendant's Registered Agent:

Corporation Service Company (CSC)
84 State Street, 6th Floor
Boston, MA 02109

Proof of formal service by the Deputy Sheriff / Constable will be filed with the Court upon completion.

Dated: August 6, 2026

/s/ John Doe

John Doe, Pro Se

[Address Impounded / Subject to Pending Emergency Motion]
[Phone Number Impounded]
[Email Impounded]